

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2023

No. 04-22-00454-CV

Billie O. **STONE** d/b/a Stobil Enterprises,
Appellant

v.

**K CLARK PROPERTY MANAGEMENT LLC** and Trans Ventura, LLC Series B,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI03480
Honorable H. Paul Canales, Judge Presiding

# O R D E R

Appellee's first amended opposed motion for extension of time is GRANTED. Appellee's brief is due February 27, 2023.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2023.

MICHAEL A. CRUZ, Clerk of Court